CLEVELAND BAR ASSOCIATION *v.* RUBENSTEIN, A.K.A. RUBINSTEIN.

[Cite as Cleveland Bar Assn. *v.* Rubenstein (1990), 49 Ohio St. 3d 11.]

(No. 89-1561—Submitted November 8, 1989—Decided February 7, 1990.)

[2] See 37 Ohio St. 3d 602, 525 N.E. 2d 759.

spondent violated DR 1-102(A)(3), 1-102(A)(4), and 1-102(A)(6), and we also adopt the board's recommendations. Respondent is hereby permanently disbarred from the practice of law in Ohio. Costs taxed to respondent.

*Judgment accordingly.*

*Thomas L. Dettelbach, John Mulligan* and *Harry Hanna,* for relator.

*Walter H. Rubenstein, pro se.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.